

# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
## United States District Court
### for the
### District of Columbia

TO: Honorable Donald C. Winter, Secretary of the Navy
Department of the Navy
Human Resources Office
PSC 473, Box 22, N134
Yokosuka, Japan, FPO AP 96349-0022

Civil Action, File Number  08-1251 RJL

Alfredo R. Alipio

v.

Honorable Donald C. Winter, Secretary

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within     days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within     days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

7-22-08 (P.9. 08-1251)

_____
(Official)

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Honorable Donald C. Winter, Secretary of the Navy
Department of the Navy, Human Resources Office
PSC 473, Box 22, N134
Yokosuka, Japan, FPO AP 96349-0022

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery  3/31/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☒ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number
(Transfer from service label)   7007 0710 0004 6578 9627

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Copy 4 - USMS

COMPLAINT
e complaint in the above captioned

tity/Authority to Receive

USM Form-299
Rev. 10/03
Automated 10/03